■ In the Matter of VINCENT ABBATIELLO et al., Appellants, v ABRAM C. WILLIAMS et al., Respondents. [646 NYS2d 620] —In a proceeding pursuant to CPLR article 78 to review a determination of the Nassau County Civil Service Commission to refuse to process the promotions of certain employees of the Nassau County Department of Recreation and Parks, the petitioners appeal from a judgment of the Supreme Court, Nassau County (Segal, J.), dated November 5, 1993, which, after a hearing, dismissed the petition.

Ordered that the judgment is affirmed, with costs.

Contrary to petitioners' contention, the determination of the Nassau County Civil Service Commission was not arbitrary and capricious (*see, Matter of Pell v Board of Educ.,* 34 NY2d 222; *Board of Commrs. v Nassau County Civ. Serv. Commn.,* 121 AD2d 494). Bracken, J. P., Santucci, Goldstein and McGinity, JJ., concur.